UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

RONNIE TERRELL,

    Plaintiff,

    v.   CAUSE NO. 2:23-CV-153-PPS-JPK

LAKE COUNTY COURTHOUSE,

    Defendant.

## ORDER

Ronnie Terrell, a prisoner without a lawyer, was ordered to pay the $402 filing fee and file an amended complaint on the proper form after it was determined he had "struck out" under 28 U.S.C. § 1915(g). ECF 5. He asked for additional time and was granted until July 13, 2014, to do so. ECF 6 & ECF 7. The deadline has passed, but Terrell still has not paid the fee. Accordingly, the court:

(1) DISMISSES this case WITHOUT PREJUDICE;

(2) ORDERS the plaintiff, **Ronnie Terrell, IDOC # unknown, Lake County Jail # unknown,** to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $402.00 filing fee is paid in full;

(3) DIRECTS the clerk to create a ledger for receipt of these funds; and

(4) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

ENTERED: July 14, 2023.

        /s/   Philip P. Simon
        PHILIP P. SIMON, JUDGE
        UNITED STATES DISTRICT COURT