AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RONNIE TERRELL
    Plaintiff

v.   Civil Action No. 2:23-cv-153

LAKE COUNTY COURTHOUSE
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** Other:   This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by   Judge Philip P Simon

DATE:  7/17/2023                        CHANDA J. BERTA, CLERK OF COURT

                                               by   /s/ S. Kowalsky
                                                 *Signature of Clerk or Deputy Clerk*